IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDGAR MITCHELL, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 05-4073 |
| | : | |
| MG INDUSTRIES, INC., et al. | : | |

## **ORDER**

AND NOW, this 30th day of September, 2011, it is ORDERED:

- Defendants Messer Griesheim Industries, Inc./ALIG LLC (MG), L'Air Liquide S.A., Air Liquide Industrial U.S. LP, and Air Liquide Large Industries U.S. LP's Motion for Summary Judgment (Document 144) is GRANTED;

- Plaintiffs' Motion for Sanctions Based on Spoliation of Evidence (Document 132) is DENIED as moot;

- Plaintiffs' Motion for Leave to File Reply Letter Brief re Statute of Limitations Defense (Document 208) is GRANTED;

- Plaintiffs' Third Motion to Certify Class and to Vacate June 9, 2009 Order Reversing Initial Certification of Collective Class (Document 209) is DENIED as moot; and

- Plaintiffs' Motion for Leave to File Reply to Opposition to Motion to Vacate Out of Time Motion (Document 220) is DENIED as moot.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.